UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07 CR 0764 L |
| Plaintiff, | ) | |
| | ) | **ORDER TO ADMIT PSYCHOLOGIST** |
| v. | ) | **INTO WESTERN REGION** |
| | ) | **DETENTION FACILITY / GEO** |
| ANDRE PERRY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Good cause appearing:

IT IS HEREBY ORDERED that between April 9 and May 30, 2007, Meredith Friedman, Ph.D. be admitted into the Western Regional Detention Facility (GEO) a minimum of two times in order to perform psychological interviews and testing of ANDRE PERRY, Reg. No. 03281-298. Dr. Friedman will pre-arrange directly with WRDF/GEO mutually convenient dates and times so that she can be provided with a room in which she can interview Mr. Perry without unnecessary interruptions.

SO ORDERED.

DATED: April 5, 2007

_____
M. James Lorenz
United States District Court Judge