UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07 CR 0764 |
| Plaintiff, ) | |
| ) | **ORDER TO PERMIT** |
| v. ) | **REVIEW AND COPY OF** |
| ) | **MEDICAL AND** |
| ANDRE PERRY, ) | **PSYCHIATRIC RECORDS** |
| Defendant. ) | |
| _____ ) | |

Good cause appearing:

IT IS HEREBY ORDERED that the Western Regional Detention Facility / GEO allow Meredith Friedman, Ph.D. to review and copy any of its medical, psychiatric, psychological and forensic records concerning ANDRE PERRY, Reg. No. 03281-298.

SO ORDERED.

DATED: April 5, 2007

M. James Lorenz
United States District Court Judge