UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07 CR 0764 |
| Plaintiff, | ) | |
| | ) | **ORDER TO RELEASE MEDICAL AND PSYCHIATRIC RECORDS** |
| v. | ) | |
| ANDRE PERRY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing:

IT IS HEREBY ORDERED that the U.S. Bureau of Prisons and Metropolitan Correctional Center of San Diego release copies of all medical, psychiatric, psychological and forensic records concerning ANDRE PERRY, Reg. No. 03281-298, to Mr. Perry's counsel, Kathryn Thickstun Leff, 110 West C Street, Suite 2108, San Diego, CA 92101-3910.

SO ORDERED.

DATED: April 5, 2007

_____
M. James Lorenz
United States District Court Judge