UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 07 CR 00764-L |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | **FOR EXTRAORDINARY** |
| | ) | **EXPENSES** |
| ANDRE PERRY, | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing:

IT IS HEREBY ORDERED that additional extraordinary expenses not to exceed $225, representing 5 hours at $45 per hour, are authorized for the services of research attorney Crystal Walser nunc pro tunc to the date of June 13, 2007.

IT IS SO ORDERED.

DATED: July 9, 2007

_____
M. James Lorenz
United States District Court Judge